Form OCH

UNITED STATES BANKRUPTCY COURT
Northern District of California

| In Re: Jaime Alexander Aldana | Case No.: 14–42353 RLE 7 |
| --- | --- |
| Debtor(s) | Chapter: 7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** July 29, 2014 | **TIME:** 12:30 PM |
| --- | --- |
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 ||

A failure of the debtor(s) to appear at the aforementioned continued meeting of creditors may result in dismissal of this case without further notice or hearing.

Dated: 7/3/14

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge